# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 98-2840

———————

| | |
|---|---|
| Muhammad Farid, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * District of Minnesota. |
| Mega Life & Health Insurance Co., | * [UNPUBLISHED] |
| | * |
| Appellee. | * |

———————

Submitted: February 1, 1999
Filed: March 8, 1999

———————

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

———————

PER CURIAM.

Muhammad Farid appeals from the district court's[1] adverse grant of summary judgment in his suit claiming bad faith denial of insurance claims by Mega Life & Health Insurance Co. (MEGA). Having carefully reviewed the record and the parties' briefs, we conclude the district court's judgment was correct, and an extended discussion is not warranted. We also deny Farid's motion to strike MEGA's brief. See Fed. R. App. P. 25(d). Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

---

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

A true copy.

Attest:

          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.